# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

**22-160 consolidated with 22-134**


**DEBRA S. LENOX**

**VERSUS**

**CENTRAL LOUISIANA SPOKES,**

**LLC D/B/A RENEGADE  & ZURICH AMERICAN**

**INSURANCE COMPANY**


**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - DISTRICT 02
PARISH OF RAPIDES, NO. 17-01470
JAMES L. BRADDOCK, WORKERS' COMPENSATION JUDGE

**\*\*\*\*\*\*\*\*\*\***

**SHANNON J. GREMILLION**
**JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Shannon J. Gremillion, D. Kent Savoie, and Sharon Darville Wilson, Judges.


**AFFIRMED.**

**Matthew D. Crumhorn**
**Rabalais, Unland, LLP**
**70779 S. Ochsner Boulevard**
**Covington, LA 70433**
**(985) 893-9900**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
      **Central Louisiana Spokes, LLC**
      **Zurich American Insurance Company**

**George C. Gaiennie, III**
**Attorney at Law**
**201 Johnston Street, Suite 101-B**
**Alexandria, LA 71309**
**(318) 704-5784**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
      **Debra S. Lenox**

**Christopher J. Roy, Sr.**
**Attorney at Law**
**400 C. Ansley Boulevard**
**Alexandria, LA 71303**
**(318) 446-4242**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
      **Debra S. Lenox**

**GREMILLION, Judge.**

For the reasons expressed in *Lenox v. Central Louisiana Spokes, LLC, et al.,* 22-134 (La.App. 3 Cir. __/__/__). ___ So.3d ___, the judgment of the workers' compensation judge is affirmed.

**AFFIRMED.**